■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDE RIBAUDO, Appellant. [744 NYS2d 868] —Appeal by the defendant from a judgment of the County Court, Westchester County (Smith, J.), rendered March 13, 2001, convicting him of driving while intoxicated as a felony, and violations of Vehicle and Traffic Law §§ 376, 1128 (a) and § 1180 (d), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J.P., Altman, Smith and Goldstein, JJ., concur.